Jacob Garretson *v.* James Stuart Brown, Administrator of the Estate of John H. Brown, deceased. Thomas F. Blakemore and John Brown, Administrator d. b. n. c. t. a. of the Estate of James Brown, deceased, Appellant.

Argued March 30, 1898. Appeal, No. 474, Jan. T., 1897, by James Stuart Brown, administrator, etc., one of the defendants, from order of C. P. No. 3, Phila. Co., Dec. Term, 1882, No. 709, dismissing exceptions to auditor's report. Before GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

The facts appear by the last preceding case.

*E. Hunn, Jr.*, and *John G. Johnson*, for appellant.

*D. Stuart Robinson*, for appellee.

PER CURIAM, April 11, 1898:

The decree of the court below is affirmed upon the findings of fact and conclusions of law contained in the master's report.

Decree affirmed and appeal dismissed at the cost of the appellant.